TRINA A. HIGGINS, United States Attorney (#7349)
JENNIFER E. GULLY, Assistant United States Attorney (#15453)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NOEL MUNOZ LOPEZ, aka "Little Snoopy,"<br><br>Defendant. | **COMPLAINT**<br><br>Case No. 2:22mj363 CMR<br><br>Violation: SEALED<br><br>Count 1: 18 U.S.C. § 1073, Unlawful Flight to Avoid Prosecution<br><br>Hon. Cecilia M. Romero<br>United States Magistrate Judge |

Before the Honorable Cecilia M. Romero, United States Magistrate Court Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

COUNT 1
18 U.S.C. § 1073
(Unlawful Flight to Avoid Prosecution)

On or about October 4, 2021, in the District of Utah,

NOEL MUNOZ LOPEZ,

the defendant herein, did move and travel in interstate commerce, to wit, from Salt Lake County, Utah, in the Central Division of the District of Utah, to a point outside the State and District of Utah, with intent to avoid prosecution under the laws of the State of Utah for a crime that is a felony in the State of Utah, to wit, murder, in violation of Utah Code Ann. § 76-5-203; all in violation of 18 U.S.C. § 1073.

## OFFENSE ELEMENTS

The elements for Count 1, Unlawful Flight to Avoid Prosecution, are:

- The defendant travelled interstate from the State and District of Utah; and
- The defendant did so with the intent to avoid prosecution for Murder under the law of the State of Utah.

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

Complainant, Brad Simons, being duly sworn hereby states that this Felony Complaint is based on information obtained through an investigation consisting of the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code. I have been employed by the FBI since July of 2014.

2. I am currently assigned to the FBI Safe Streets Violent Crime Task Force ("SSVCTF") and I am tasked with investigating street gangs and drug trafficking. As a

Special Agent with the FBI, I have participated in several investigations involving drug trafficking activities in violation of 21 U.S.C. § 841 and § 846. These investigations have resulted in the arrests and convictions of individuals who have smuggled, received, and distributed controlled substances, as well as the seizure of controlled substances and proceeds of the sale of those controlled substances. I am familiar with the appearance, packaging, common usage and terminology regarding controlled substances through my training, experience, and observation. I have assisted in and facilitated narcotics and weapons transactions utilizing undercover officers and confidential sources throughout the country. My experience includes training with and working with law enforcement personnel who specialize in the area of documentation and detection of proceeds from drug trafficking. I also have experience in debriefing defendants and sources of information as witnesses who have personal knowledge of drug trafficking organizations. Such individuals often have personal knowledge regarding the methods of transportation and distribution of the drugs and money in large-scale controlled substance distribution operations.

3. Prior to my current assignment to the FBI SSVCTF, I was assigned to investigate crimes occurring in Indian Country, to include murder, assault, and crimes against children. I have gained experience in the conduct of such investigations through previous case investigations, formal training, and in consultation with law enforcement partners in local, state and federal law enforcement agencies.

4. This affidavit is based on my own investigation, oral and written reports by other law enforcement officers, physical surveillance, interviews, database and public records checks, searches, and other investigation.

5. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. My interpretations of certain statements or words are based upon my knowledge of this investigation and my training and experience, including my experience investigating drug and money laundering related crimes.

6. I learned the matters set out in this affidavit from my review of reports, records, affidavits, etc., through discussions with other law enforcement officers/personnel, and from my own investigation which caused me to believe the information to be true. Dates and times are approximate.

7. I am presently involved in an ongoing state and federal criminal investigation of NOEL MUNOZ LOPEZ for murder in violation of Utah Code 76-5-203 and unlawful flight to avoid prosecution in violation of 18 U.S.C. § 1073 ("the TARGET OFFENSES").

**SUMMARY OF INVESTIGATION AND PROBABLE CAUSE**

8. On October 4, 2021, the West Valley City Police Department responded to the report of shots fired in the area of 4222 West 3875 South, West Valley City, Utah 84120. When responding officers arrived on scene, they observed an 82 year old male laying deceased on the sidewalk. Multiple witnessed reported hearing multiple gunshots on the morning of October 4, 2021 in the vicinity of where the deceased male was

located. Other witnesses identified that NOEL MUNOZ LOPEZ was standing outside that address and that he shot at the now-deceased individual.

9. Witnesses told law enforcement that immediately following the shooting, relatives of NOEL MUNOZ LOPEZ came out of the residence and confronted him and then tried to render lifesaving aid to the victim. In response, NOEL MUNOZ LOPEZ got in his car and left the house. Based on my training and experience, individuals who have been involved in a violent crime often flee from the scene of the crime in order to evade detection and capture by law enforcement.

10. A firearm was not recovered from the scene or from the house.

11. On the evening of October 4, 2021, multiple witnesses reported to law enforcement that NOEL MUNOZ LOPEZ asked for a ride to St. George, California, or Mexico. The witnesses reported that NOEL MUNOZ LOPEZ was acting odd and appeared violent and highly erratic.

12. Based on the witness statements from October 4, 2021, as well as other investigation, NOEL MUNOZ LOPEZ was identified by law enforcement as the suspect who shot and killed the deceased male on October 4, 2021.

13. On October 28, 2021, an Information filed in the State of Utah charged NOEL MUNOZ LOPEZ with four counts: murder, purchase, transfer, possession, or use of a firearm by a restricted person, and discharge of a firearm (2). That information is attached as Exhibit A.

14. After identifying NOEL MUNOZ LOPEZ as the suspect, law enforcement attempted to locate NOEL MUNOZ LOPEZ. They questioned a known associate of

NOEL MUNOZ LOPEZ who told law enforcement that he/she was currently in contact with NOEL MUNOZ LOPEZ. The associate provided a current phone number that NOEL MUNOZ LOPEZ was using to communicate with the associate. The phone number was a Mexican cell phone number.

15. The cell phone number was provided to authorities in Mexico. The Mexican authorities advised that the cell phone was active and pinging on cell phone towers located in Durango, Mexico. NOEL MUNOZ LOPEZ is known to have relatives in Durango, Mexico.

16. This was not the first time NOEL MUNOZ LOPEZ was involved in a murder. In 2006, NOEL MUNOZ LOPEZ was charged in the Third District Court for the State of Utah with one count of attempted murder and three counts of aggravated assault. In 2007, he plead guilty to all four counts. NOEL MUNOZ LOPEZ was sentenced to 2-20 years on each count. As a result of those convictions, NOEL MUNOZ LOPEZ is a restricted person who cannot possess a firearm.

17. Also as a result of that conviction, NOEL MUNOZ LOPEZ was on supervision with Utah Adult Probation and Parole (AP&P) on October 4, 2021. He is currently a fugitive and an AP&P warrant was granted for his arrest on October 4, 2021.

18. Based on my training, knowledge, and experience, individuals who are involved in a violent crime like shooting someone believe that they are going to be charged with, at a minimum, aggravated assault. More likely, they believe that they will be charged with attempted murder or murder. Based on my training and experience, such

defendants not only flee the scene of the crime, they also flee the geographic vicinity to avoid prosecution.

19. Based on my training and experience, as well as my knowledge of NOEL MUNOZ LOPEZ's previous conviction of attempted murder, I believe that he left the District of Utah after he shot the victim, and that he did so to avoid prosecution for murdering the victim.

20. Accordingly, I believe there is probable cause that NOEL MUNOZ LOPEZ violated 18 U.S.C. § 1073, Unlawful Flight to Avoid Prosecution.

Brad Simons
FBI Special Agent
Federal Bureau of Investigation

APPROVED AS TO FORM:

TRINA A. HIGGINS
United States Attorney

JENNIFER E. GULLY
Assistant United States Attorney

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ZOOM (specify reliable electronic means) on this 19th day of May 2022.

HON. CECILIA M. ROMERO
United States Magistrate Judge

# Exhibit A

SIM GILL, Bar No. 6389
District Attorney for Salt Lake County
VINCENT B. MEISTER, Bar No. 5653
Deputy District Attorney
35 East 500 South
Salt Lake City, UT 84111
Telephone: (385) 468-7600

IN THE THIRD DISTRICT COURT, SALT LAKE DEPARTMENT

IN AND FOR THE COUNTY OF SALT LAKE, STATE OF UTAH

| | |
|---|---|
| THE STATE OF UTAH,<br><br>Plaintiff,<br><br>vs.<br><br>**NOEL MUNOZ LOPEZ,**<br>**DOB:**<br>**AKA: Miguel Munoz, Snoopy, Miguel Lopez**<br>**UNKNOWN**<br>**OTN**<br>**SO#**<br>**Booking#**<br>**SID#**<br><br>Defendant. | Screened by: HOMICIDE UNIT<br>Assigned to: VINCENT B. MEISTER<br><br>**INFORMATION**<br><br>NO BAIL REQUESTED<br><br>Warrant/Release: WARRANT ISSUED<br><br>Case No.<br><br>DA Case No. 21017423 |

The undersigned, Detective N. Johanson with West Valley Police Department, in reference to agency case no. 21I037247, upon a written declaration states on information and belief that the defendant, NOEL MUNOZ LOPEZ, committed the crimes of:

COUNT 1
MURDER, 76-5-203 UCA, First Degree Felony, as follows: That on or about October 04, 2021 at 4222 W. 3785 S., in Salt Lake County, State of Utah, the defendant, intentionally or knowingly caused the death of Farrell Bartschi; or intending to cause serious bodily injury to another, committed an act clearly dangerous to human life that caused the death of another; or acting under circumstances evidencing a depraved indifference to human life, knowingly

engaged in conduct which created a grave risk of death to another and thereby caused the death of another; or engaged in the commission, attempted commission, or immediate flight from the commission or attempted commission of Felony Discharge of a Firearm, or was a party to the Felony Discharge of a Firearm; and a person other than a party as defined in Utah Code Section 76-2-202 was killed in the course of the commission, attempted commission, or immediate flight from the commission or attempted commission of the Felony Discharge of a Firearm; and the actor acted with the intent required as an element of the Felony Discharge of a Firearm.

COUNT 2
PURCHASE, TRANSFER, POSSESSION OR USE OF A FIREARM BY RESTRICTED PERSON, 76-10-503(2)(a) UCA, Second Degree Felony, as follows: That on or about October 04, 2021 at 4222 W. 3785 S., in Salt Lake County, State of Utah, the defendant, being then a Category I restricted person, intentionally or knowingly agreed, consented, offered, or arranged to purchase, transfer, possess, use, or have under the person's custody or control, or intentionally or knowingly purchased, transferred, possessed, used, or had under the person's custody or control: any firearm.

NOTICE is hereby given that pursuant to Utah Code Annotated §76-10-503(1)(a)(i), the defendant is a Category I restricted person as he was previously convicted of a violent felony, to wit: Attempted Murder and Aggravated Assault (3 Counts) in Third District Court Case no. 061901770.

COUNT 3
FELONY DISCHARGE OF A FIREARM, 76-10-508.1 UCA, Third Degree Felony, as follows: That on or about October 04, 2021 at 4222 W 3785 S, in Salt Lake County, State of Utah, the defendant, knowing or having reason to believe that any person may be endangered by the discharge of a firearm, discharged a firearm in the direction of any person or persons; or with the intent to intimidate or harass another or with intent to damage a habitable structure, discharged a firearm in the direction of any person or habitable structure; or with the intent to intimidate or harass another, discharged a firearm in the direction of any vehicle.

COUNT 4
FELONY DISCHARGE OF A FIREARM, 76-10-508.1 UCA, Third Degree Felony, as follows: That on or about October 04, 2021 at 4222 W 3785 S, in Salt Lake County, State of Utah, the defendant, knowing or having reason to believe that any person may be endangered by the discharge of a firearm, discharged a firearm in the direction of any person or persons; or with the intent to intimidate or harass another or with intent to damage a habitable structure, discharged a firearm in the direction of any person or habitable structure; or with the intent to intimidate or harass another, discharged a firearm in the direction of any vehicle.

THIS INFORMATION IS BASED ON EVIDENCE OBTAINED FROM THE FOLLOWING WITNESSES:

N. Johanson, M. Reveles, W. Reveles, H. Tauna, N. Stanley.

DECLARATION OF PROBABLE CAUSE:

Your Declarant, based on interviews of witnesses, and on information in West Valley City Police report 21I037247, hereby states that on or about October 4, 2021, Defendant NOEL MUNOZ LOPEZ was identified as the person who was standing outside the residence at 4222 West 3785 South, in Salt Lake County. Mr. Farrell Bartschi was walking past said residence on his morning walk when LOPEZ fired three shots at Mr. Bartschi. One of the shots struck Mr. Bartschi in the torso. LOPEZ's relatives came out of the residence, confronted LOPEZ, and then tried to render lifesaving aid to Mr. Bartschi, which was not successful. Mr. Bartschi was declared deceased at the scene.

Immediately after shooting Mr. Bartschi, LOPEZ got into his car and left the area. The firearm was not recovered from the scene or from the house.

Dr. Nicole Stanley with the Utah Office of the Medical Examiner conducted an autopsy on Mr. Bartschi and determined the cause of death to be a gunshot wound and the manner of death to be homicide.

LOPEZ is a Category I restricted person as he is previously convicted of at least four violent felonies in 2007, [Case No. 061901770] including attempted homicide, and three counts of aggravated assault, all second-degree felonies involving the use of a firearm.

REQUEST FOR NO BAIL HOLD:

Pursuant to Utah Code 77-20-1(2), the State requests that Defendant be held without bail until further notice in this matter

> The defendant LOPEZ is charged with criminal homicide/murder, a first-degree felony, obstruction of justice, a second-degree felony, possession of a firearm by a Category I restricted person, a second-degree felony, and two counts of discharge of a firearm, both third-degree felonies. LOPEZ is alleged to have committed these felonies while on parole in case [061901770]. There is substantial evidence to support the charges, clear and convincing evidence that

LOPEZ would constitute a substantial danger to any other individual or to the community or is likely to flee the jurisdiction of the court, if released on bail.

LOPEZ shot and killed Mr. Bartschi, a total stranger to LOPEZ, who was out on his morning walk. LOPEZ is on parole for attempted murder and for multiple counts of second-degree aggravated assault. LOPEZ was paroled in March of 2021 and in a few months was again in possession of a firearm, being a Category I restricted person convicted violent felon on parole, which he used to kill an unarmed man who posed no threat to LOPEZ. After he shot Mr. Bartschi, LOPEZ fled the scene. According to most recent intelligence LOPEZ has fled the jurisdiction and his whereabouts at this time are unknown. LOPEZ has demonstrated himself to be a danger to the community and a flight risk.

Pursuant to Utah Code Annotated § 78B-18a-106 (2018) I declare under criminal penalty under the law of Utah that the foregoing is true and correct.

Signed on the 28th day of October, 2021,
in Salt Lake County, Utah

*/s/ Detective N. Johanson*

__________________________________
Detective N. Johanson
Declarant

Authorized for presentment and filing

SIM GILL, District Attorney

*/s/ Vincent B. Meister*

______________________________
Deputy District Attorney
28th day of October, 2021
SG / VBM / DA Case No. 21017423

STATE vs NOEL MUNOZ LOPEZ
DAO # 21017423
Page 1

OTHER PENDING CASES FOR THE DEFENDANT

| **Court** | **Court Case #** | **Trial Judge** | **DAO#** | **Charge** |
|---|---|---|---|---|

**IN THE THIRD DISTRICT COURT, SALT LAKE DEPARTMENT**
**IN AND FOR THE COUNTY OF SALT LAKE, STATE OF UTAH**

| | |
|---|---|
| THE STATE OF UTAH,<br>Plaintiff<br><br>vs.<br><br>NOEL MUNOZ LOPEZ<br>DOB: 06/25/1987<br>UNKNOWN<br>, UT<br>Booking#<br>Defendant | **WARRANT OF ARREST**<br><br>Case No. |

THE STATE OF UTAH;

To any Peace Officer in the State of Utah, Greetings:

An Information, based upon a written declaration having been declared by Detective Johanson – WEST VALLEY POLICE DEPARTMENT, Agency Case No. 21i037247 and it appears from the Information or Declaration filed with the Information, that there is probable cause to believe the public offense(s) of:

MURDER, First Degree Felony, PURCHASE, TRANSFER, POSSESSION OR USE OF A FIREARM BY RESTRICTED PERSON, First Degree Felony, FELONY DISCHARGE OF A FIREARM, Third Degree Felony, FELONY DISCHARGE OF A FIREARM, Third Degree Felony, has been committed, and that NOEL MUNOZ LOPEZ has committed them.

FURTHER, the Court, having considered the State's request for no bail in this matter finds that the alleged offenses committed by NOEL MUNOZ LOPEZ fall under the offenses proscribed in Utah Code 77-20-1(2).

YOU ARE THEREFORE COMMANDED to arrest the above-named defendant forthwith and bring the defendant before this Court, or before the nearest or most accessible magistrate for setting bail. If the defendant has fled justice, you shall pursue the defendant into any other county of this state and there arrest the defendant.

Bail is set in the amount of NO BAIL.
This Warrant may be served day or night.